UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.           Case No. 25-CV-681

APPROXIMATELY 49.99855549 ETHER (ETH) CRYPTOCURRENCY FROM BINANCE USER ID ACCOUNT NUMBER ENDING IN 8275, and

APPROXIMATELY 3,950.99205 SOLANA (SOL) CRYPTOCURRENCY FROM BINANCE USER ID ACCOUNT NUMBER ENDING IN 8275,

    Defendants.

## ORDER FOR JUDGMENT OF DEFAULT AND FORFEITURE

Before the court is plaintiff's Motion for Default Judgment (ECF No. 13), filed on July 25, 2025.

The Court FINDS that no timely verified claim has been filed as to the following defendant properties:

    A. Approximately 49.99855549 Ether (ETH) cryptocurrency from Binance user ID account number ending in 8275, and

    B. Approximately 3,950.99205 Solana (SOL) cryptocurrency from Binance user ID account number ending in 8275.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the following defendant properties be and hereby are forfeited to the United

States of America and that no right, title, or interest in the defendant properties shall exist in any other party:

    A. Approximately 49.99855549 Ether (ETH) cryptocurrency from Binance user ID account number ending in 8275, and

    B. Approximately 3,950.99205 Solana (SOL) cryptocurrency from Binance user ID account number ending in 8275.

IT IS FURTHER ORDERED that the following defendant properties shall be seized forthwith by the Internal Revenue Service for the Eastern District of Wisconsin or its duly authorized agent and shall be disposed of according to law:

    A. Approximately 49.99855549 Ether (ETH) cryptocurrency from Binance user ID account number ending in 8275, and

    B. Approximately 3,950.99205 Solana (SOL) cryptocurrency from Binance user ID account number ending in 8275.

Dated at Green Bay, Wisconsin this 12th day of August, 2025.

                                      *s/ Byron B. Conway*
                                      BYRON B. CONWAY
                                      United States District Judge